# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:07-CR-02 |
| v. | ) | |
| | ) | (Phillips) |
| JODY MICHAEL HUBBS and | ) | |
| JOHNNY ROBBIE HUBBS | ) | |

## ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned judge hereby recuses himself in this matter.

**IT IS SO ORDERED.**

ENTER:

　　　　s/ Thomas W. Phillips
　　　United States District Judge